# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5155 | **DATE** | 2/8/2012 |
| **CASE TITLE** | Niese, et al. vs. ABN AMRO Clearing Chicago, LLC, et al. | | |

**DOCKET ENTRY TEXT**

Motion of Steven R. Smith to withdraw as counsel for defendant TD Ameritrade Clearing, Inc. [109] is granted. Motion of Michael J. Werich to withdraw as counsel for defendant TD Ameritrade Clearing, Inc. [107] is granted. These motions are removed from the Court's call of 2/14/2012.

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | MD |